UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:

PAULINO VILLANUEVA                                                  CASE NO.: 15-80104
DEBTOR(S)                                                                    CHAPTER   13

April 24, 2015
1st PRE-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN

1.  *Debtor(s) have paid in $5,000.00 through month 3, April, 2015.   Debtor(s) propose to pay by   DIRECT PAY to the Chapter 13 Trustee, monthly plan payments of (increased to) $1,975.00 per month beginning month 4, May, 2015 and continuing through out the remainder of this 60 month plan.*  First plan payment is due on **2/27/2015.**   The Debtor submits all future income to the supervision and control of the Trustee for the execution of this Plan.

2.  **Claims to be paid *DIRECT* by the Debtor or *Other Party*:**         None.

3.  **Claims to be surrendered:**   None.

4.  **Claims to be paid through the plan by Trustee:**

    **Administrative Claims and/or Adequate Protection Payments:**

    a.  **CHAPTER 13 TRUSTEE** shall receive approximately 10% of the plan payments.

    b.  **DAVID J. KLANN** has an attorney fee balance of *$2,800.00 (Standard)* in connection with the filing of the Bankruptcy Petition to be paid in full by the Chapter 13 Trustee as soon as funds are available and at Trustee's discretion.

    c.  **ADEQUATE PROTECTION CLAIMS** to be paid by Chapter 13 Trustee: See Paragraph 5.

5.  **Secured Claims to be paid by the Trustee:**

    Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below:

    **CITIFINANCIAL** is secured with a **MORTGAGE ON DEBTORS HOME: 812 KINGS ROAD, LEESVILLE, LA 71446.**   Creditor shall have a long-term secured claim in the amount of *$46,431.81* @ **8.00%** interest per annum.   Trustee will pay the Debtor's home mortgage of **$503.00** per month.   This is a long-term debt and will survive the plan.   Thereafter, debtor will resume making mortgage payments directly to creditor.   **Pre-Petition ARREARAGE** in the sum of *$0.00* will be liquidated through the Plan. This plan envisions there to be fluctuations of house payments due to changing escrow payments.   **CITIFINANCIAL** shall send notice of any changes in payments to the Trustee and the debtor and debtor shall file an amended plan.

6.  **Unsecured Priority or Special Class Claims (not including Attorney/Trustee fees):**
    After secured claims are paid in full, the priority claims listed below will be paid prior to all claims of lower priority indicated below:

    **LA DEPT. OF REVENUE** is a **TAX DEBT** of the Debtor of which the amount of the claim is

**_$25.00_ @ _0.00%_** interest per annum. The Trustee will pay as a **PRIORITY CLAIM $1,000.00**, during the plan. This debt will be paid in full in the plan.

**IRS** is a **TAX DEBT** of the Debtor of which the amount of the claim is **_$29,762.92_ @ _0.00%_** interest per annum. The Trustee will pay as a **PRIORITY CLAIM _$29,762.92_** during the plan. This debt will be paid in full in the plan.

7. <u>General Unsecured Claims:</u>

    Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedule D and E as undersecured; or (3) any general unsecured claim filed before the bar date with no objection filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims. **See Schedule F of the Petition for a list of unsecured creditors.**

8. <u>Executory Contracts:</u>

    None.

9. <u>Other Provisions:</u>

    a. Title to Debtor(s) property will revest at confirmation.
    b. Insurance to protect those creditors having secured claims will be provided;
    c. Pursuant to 11 USC 1325(a)(5)(B), Secured creditors will retain their lien until the earlier of the payment of the underlying debt determined under non-bankruptcy law; or discharge under 1328. If the case under this chapter is dismissed or converted without completion of the plan, such lien shall also be retained by such holder to the extent recognized by applicable non-bankruptcy law.
    d. The Confirmation Order shall constitute a judgment avoiding any lien, whether by security or trust deed, mortgage, security agreement, judgment, operation of statue, or otherwise ("lien") to the extent that the lien does not attach to the value in debtor(s) property, as such value is set forth therein or determined by court, prior liens provided for in this plan and shall also avoid any lien to the extent the claim underlying such lien is not an allowed claim. Plan Confirmation shall void all judgments filed against the debtor(s) & that the holders of said judgments must execute releases of their judgments, which releases be prepared and submitted at the debtors' expense.

*_*ALL CHANGES ARE IN BOLD, ITALICS AND UNDERLINED. THIS PLAN SUPERCEDES ANY EXISTING PLAN/S. DEBTOR FILED AMENDED SCHEDULES A, B (removed auto exemption), C, D (reduced CitiFinancial Mortgage pursuant to POC, removed pre-petition mortgage arrears), E (reduced LA Dep't of Revenue pursuant to POC, increased IRS pursuant to POC), F (added IRS), I (increased Guardian Angel Income), J (added spouse), SUMMARY OF SCHEDULES & DECLARATION OF SCHEDULES. Monthly plan payments of (increased to) $1,975.00 per month beginning month 4, May, 2015 and continuing through out the remainder of this 60 month plan._*

1st PRE-CONFIRMATION MODIFICATION OF CHAPTER
13 PLAN SUMMARY NOTICE DATE: <u>April 24, 2015</u>

                                               **Respectfully Submitted:**

                                               <u>/s/David J. Klann</u>
                                               **DAVID J. KLANN ~ LA BAR #23162**
                                               **Attorney, 607 S. 5TH Street, Leesville, LA 71446**
                                               **Telephone: 337-238-1111    Fax: 337-238-2638**
                                               **e-mail:  <u>klannatty@klannatty.com</u>**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:

PAULINO VILLANUEVA                                          CASE NO.: 15-80104
DEBTOR(S)                                                   CHAPTER   13

## CERTIFICATE OF SERVICE ON
## 1st PRE-CONFIRMATION MODIFICATION FILED April 24, 2015

I hereby certify that the foregoing **"1st Pre-Confirmation Modification of Chapter 13 Plan Filed April 24, 2015"** in this proceeding has been served on all interested an affected persons and entities by mailing a copy to each of them as listed and identified below, by United States mail, postage prepaid, at Leesville, Louisiana, on this **April 24, 2015**.

Jon C. Thornburg
Chapter 13 Trustee
PO Box 1991
Alexandria, LA 71309

U. S. Trustee
Via electronic means

| | | |
|---|---|---|
| 1st Franklin<br>Pob 635<br>Leesville, LA 71496 | Army & Air Force Exchange Services<br>c/o Bass & Associates<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Arrow Financial Services<br>5996 W Touhy Ave<br>Niles, IL 60714 |
| Beauregard District Attorney<br>P.O. Box 99<br>DeRidder, LA 70634 | Bellsouth Telecommunications, Inc,<br>c/o AT&T Services<br>James Grudus<br>One AT&T Way Room 3A218<br>Bedminster, NJ 07921 | Card Protection Asso.<br>Attn: Bankruptcy<br>PO Box 802068<br>Dallas, TX 75380 |
| Cca/cds<br>Po Box 46101<br>Las Vegas, NV 89114 | Ccs/cortrust Bank<br>500 E 60th St N<br>Sioux Falls, SD 57104 | Check Into Cash<br>2414 South 5th Street, Suite J<br>Leesville, LA 71446 |
| Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202 | Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193 | David J. Klann, Attorney<br>607 S. 5th Street<br>Leesville, LA 71446 |
| Denovous Corporation<br>c/o Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud, MN 56302-9617 | Express Check Advance<br>1132 North Pine Street, Ste. E<br>DeRidder, LA 70634 | Finance America Corp<br>1455 Dixon Ave Ste 100<br>Lafayette, CO 80026 |
| First Bk Of De/contine<br>1608 Walnut Street<br>Philadelphia, PA 19103 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104 |
| FNCC<br>Attn: Bankruptcy<br>PO Box 5097<br>Sioux Falls, SD 57117 | Genesis Financial Solutions INC<br>Quantum3 Group LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Harbor Loan<br>1804 South 5th St<br>Leesville, LA 71446 |

| | | |
|---|---|---|
| Hsbc Bank<br>ATTN: BANKRUPTCY<br>PO BOX 5253<br>Carol Stream, IL 60197 | IRS<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 | IRS<br>Centralized Insolvency Operations<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| IRS - Insolvency<br>1555 Poydras St, Ste 220<br>Stop 31<br>New Orleans, La 70112 | Jefferson Capital Systems<br>POB 953185<br>St. Louis, MO 63195-3185 | LA Dept of Revenue & Tax BKR D<br>P.O. Box 66658<br>Baton Rouge, LA 70896-6658 |
| Liberty Loans<br>102 S Jefferson St<br>Deridder, LA 70634 | Lowes / MBGA<br>Attention: Bankruptcy Department<br>PO Box 103104<br>Roswell, GA 30076 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO BOX 10587<br>Greenville, SC 29603-0587<br>Seattle, WA 98111-9221 |
| Lvnv Funding Llc<br>P.O.B 10584<br>Greenville, SC 29603 | Main Street Acquisiton<br>2877 Paradise Rd Unit 30<br>Las Vegas, NV 89109 | Mid America Bank & Trust Co<br>PO Box 90340<br>Sioux Falls, SD 57109 |
| Mr. Cash<br>900 North 5th St., Ste. 3<br>Leesville, LA 71446 | National Recovery Agency<br>Pob 15636<br>Wilmington, DE 19850 | National Recovery Agency<br>Pob 15636<br>Wilmington, DE 19850 |
| National Recovery Agency<br>Pob 15636<br>Wilmington, DE 19850 | National Recovery Agency<br>Pob 15636<br>Wilmington, DE 19850 | National Recovery Agency<br>Pob 15636<br>Wilmington, DE 19850 |
| Net 1st National Bank<br>5770 Roosevelt Blvd<br>Clearwater, FL 33760 | New Millennium Bank<br>57 Livingston Ave.<br>New Brunswick, NJ 08903 | Omni Financial of Louisiana<br>1389 Entrance Road, Ste. C<br>Leesville, LA 71446 |
| Paycheck Loans of Louisiana, Inc.<br>1512 N. Pine Suite B<br>DeRidder, La. 70634 | Plains Comm<br>5109 S Broadband Ln<br>Sioux Falls, SD 57108 | Portfolio Recovery<br>Attn: Bankruptcy<br>PO Box 41067<br>Norfolk, VA 23541 |
| Premier Bankcard/Charter<br>PO Box 2208<br>Vacaville, CA 95696 | Presley Smith Law Office<br>9100 White Bluff Road, Suite 503<br>Savannah, GA 31406 | SFC-Central Bankruptcy<br>PO Box 1893<br>Spartanburg, SC 29304 |
| Sunbelt Credit<br>c/o Security Finance<br>1669 Savannah Highway # C<br>Charleston, SC 29407 | The Money Tree Inc.<br>503 A S. Scott St.<br>Bainbridge, GA 39819 | Tower Loan<br>Pob 320001<br>Flowood, MS 39232 |
| Tower Loan of Leesville<br>PO Box 1146<br>Leesville, LA 71446 | U. S. Attorney BKR*<br>800 Lafayette St. #2200<br>Lafayette, LA 70501 | |

**/s/DAVID J. KLANN**
**David J. Klann**